A CERTIFIED TRUE COPY

SEP 1 3 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 6 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1698

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. RETIREE BENEFITS "ERISA" LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 17, 2005, the Panel transferred five civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Henry Lee Adams, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Adams.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of August 17, 2005, __F.Supp.2d.__ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Henry Lee Adams, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 1 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1698
## IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. RETIREE BENEFITS "ERISA" LITIGATION

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 7 | 05-1136 | Lorraine F. Brown, etc. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1137 | Eugene Burns v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1138 | George Herman Bush v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1139 | John M. Butler v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1140 | Walter C. Carnes, Jr. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1141 | Melvin J. Carpenter v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1142 | Charlie V. Cartee v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1143 | Sammie Clyde Cartee, etc. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1144 | Robert L. Carter v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1145 | Fred Cotney v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1146 | Billy E. Crow v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1147 | Charles Ronald Culbreth v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1148 | Frances Mulder Dinsmore v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1149 | Magnolia S. Edwards, etc. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1150 | Aime G. Ellison, Jr. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1151 | Thomas Jefferson Ennis, Jr. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1152 | Hiram Winston Estes v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1153 | William T. Fleming v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1154 | Charles F. Forehand, Sr. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1155 | William Edward Fountain v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1156 | Evelyn Garner, etc. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1157 | Hudson D. Gilliand v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1158 | Luther H. Gilliland v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1159 | Jack Carroll Hardwich v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1160 | Billy Sidney Headrick v. American General LIfe & Accident Insurance Co. |
| ALN | 7 | 05-1161 | Harold Hill v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1162 | Hennon Lamar Hill v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1163 | Harry R. Hinson v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1164 | Margie R. Allison, etc. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1165 | W.L. Boyd v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1166 | Robert E. Brooks v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1167 | Shirley Ann Lollar v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1168 | Warren S. Maddox v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1169 | Norma H. Maloney v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1170 | Horace F. Martin v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1171 | James R. Matthews v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1174 | Walter Leon McNeil v. American General Life & Accident Isurance Co. |
| ALN | 7 | 05-1175 | Charles Edwin Meeks v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1176 | Doyle Melton v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1177 | Don A. Nall v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1178 | Emily Mildred Nall v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1179 | Raymond D. Taylor v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1180 | James E. Themits v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1181 | James E. Thomas v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1182 | Raphael P. Thompson v. American General Life & Accident Isurance Co. |
| ALN | 7 | 05-1183 | Lewis E. Varner v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1184 | John Franklin Walker v. American General Life & Accident Insurance Co. |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1698)                                PAGE 2 OF 2

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALN | 7 | 05-1185 | Milton Wylie v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1186 | Ora Lee Hudson v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1187 | Johnny H. Jordan v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1188 | Larry Arthur Knox v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1189 | Kenneth Grady Johnson v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1190 | Jack M. Holley, Sr. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1191 | Ruby B. Yates, etc. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1192 | Marlin Orell Yates v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1193 | Jessie C. Whitley v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1194 | Perry Lee Walker v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1195 | Howard E. Walden v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1196 | William C. Trawick v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1197 | Jerry Roberson v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1198 | Thomas E. Roberson v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1199 | Marial Alfred Nall v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1200 | Billy Floyd Nelson v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1201 | Carl Nelson, Jr. v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1202 | James E. Oden v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1203 | Waldo R. Pafford v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1204 | Horace Clifton Randolph v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1205 | Albert Malcom Rice v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1206 | Robert F. Ritch v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1207 | Clay Morris Smith v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1208 | Walter Earl Smith v. American General Life & Accident Insurance Co. |
| ALN | 7 | 05-1209 | Grace J. Taylor v. American General Life & Accident Insurance Co. |

**INVOLVED COUNSEL LIST (CTO-1)**
**DOCKET NO. 1698**
**IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. RETIREE BENEFITS "ERISA" LITIGATION**

Edward A. Hosp
Maynard Cooper & Gale PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618

Donald Randolph James, Jr.
Baxley, Dillard, Dauphin & McKnight
2008 Third Avenue, South
Birmingham, AL 35233

Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
2062 Columbiana Road
Vestavia Hills, AL 35216

J. Mark White
White, Arnold, Andrews & Dowd
2025 3rd Avenue North
Suite 600
Birmingham, AL 35203