A CERTIFIED TRUE COPY

AUG 18 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 17 2006

FILED
CLERK'S OFFICE

FILED

2006 AUG 24 P 12:51

DISTRICT COURT

DOCKET NO. 1698

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. RETIREE BENEFITS "ERISA" LITIGATION

3:06-cv-764-J-25MMH

*Martha Woodham, etc. v. American General Life & Accident Insurance Co.*, M.D. Alabama, C.A. No. 2:06-285

## CONDITIONAL TRANSFER ORDER (CTO-2)

On August 17, 2005, the Panel transferred five civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 72 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Henry Lee Adams, Jr.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Adams.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of August 17, 2005, 387 F.Supp.2d 1361 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Henry Lee Adams, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**INVOLVED COUNSEL LIST (CTO-2)**
**DOCKET NO. 1698**
**IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. RETIREE BENEFITS "ERISA" LITIGATION**

Donald Randolph James, Jr.
Baxley, Dillard, Dauphin & McKnight
2008 Third Avenue, South
Birmingham, AL 35233

Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
2062 Columbiana Road
Vestavia Hills, AL 35216

John Mark White
White, Arnold, Andrews & Dowd, PC
2025 Third Avenue North
Suite 600
Birmingham, AL 35203