**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

                                                Case No.: 3:05-MD-1698-J-25MMH
                                                ALL CASES

AMERICAN GENERAL LIFE & ACCIDENT
INSURANCE CO. RETIREE BENEFITS
"ERISA" LITIGATION
_____

**O R D E R**

    This cause came on to be heard this date at a telephonic hearing conducted by the undersigned. The parties are unable to agree upon the order of examination in regard to depositions noticed by Plaintiffs' counsel for the purpose of preserving the testimony of his clients. It is represented the same individuals were then cross-noticed by Defendant American General Life & Accident Insurance Company. Having considered the positions of the parties, it is hereby **ORDERED**:

    For the nineteen depositions currently scheduled, Plaintiffs' counsel may proceed with the initial examination, followed by interrogation by Defense counsel. This ruling is without prejudice to the filing of a motion, supported by authority, seeking a

different sequence of examination for the remainder of depositions to be taken in this litigation.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of September, 2006.

        /s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and pro se parties, if any