# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE ) <br> AMERICAN GENERAL LIFE & ) <br> ACCIDENT INSURANCE CO. RETIREE ) <br> BENEFITS "ERISA" LITIGATION ) <br> ) | MDL DOCKET NO. 1698 |
| THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned MDL action hereby stipulate and agree that all claims, counterclaims, and third-party claims by and between the parties, including the claims of the Plaintiffs in the underlying actions as identified in Attachment A, be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own costs and attorneys' fees.

Dated: March 20, 2009

| BELL & BRIGHAM | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| /s/ Leroy W. Brigham | /s/ Michael J. Dewberry |
| John C. Bell Jr. | Gregory C. Braden (GBN 074367) |
| john@bellbrigham.com | gbraden@morganlewis.com |
| Leroy W. Brigham | Christopher A. Weals |
| lee@bellbrigham.com | cweals@morganlewis.com |
| P.O. Box 1547 | 1111 Pennsylvania Avenue, NW |
| Augusta, GA 30903-1547 | Washington, DC 20004 |
| Telephone: (706) 722-2014 | Telephone: (202) 739-5217 |
| Facsimile: (706) 722-7552 | Facsimile: (202) 739-3001 |
| -and- | -and- |

DB1/62428857.2

| | |
|---|---|
| Rutledge R. Liles (FBN102805)<br>rliles@lgcglaw.com<br>Liles, Gavin, Costantino & George<br>225 Water Street, Suite 1500<br>Jacksonville, FL  32202<br>Telephone:  (904) 634-1100<br>Facsimile:  (904) 634-1234 | Michael J. Dewberry (FBN 228877)<br>mdewberry@rtlaw.com<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville, FL  32202<br>Telephone:  (904) 348-5936<br>Facsimile:  (904) 396-0663<br><br>*Attorneys for Defendant* |
| -and- | |
| R. Brent Irby<br>Eric Hoaglund<br>McCallum, Hoaglund, Cook & Irby<br>2062 Columbiana Road<br>Vestavia Hills, AL 35215<br>Telephone:  (205) 824-7767<br>Facsimile:  (205) 824-7768 | BEDELL, DITTMAR, DEVAULT,<br>PILLANS & COXE, P.A.<br><br>/s/  Patrick P. Coll<br>John A. DeVault, III (FBN: 103979)<br>jad@bedellfirm.com<br>Allan F. Brooke II (FBN: 994413) |
| -and- | afb@bedellfirm.com<br>Patrick P. Coll (FBN: 0084670) |
| Thomas W. Tucker<br>John B. Long<br>Tucker Everitt Brewton Long & Lanier<br>P.O. Box 2426<br>Augusta, GA  30903<br>Telephone:  (706) 722-0771<br>Facsimile:  (706) 722-7028<br>*Attorneys for Plaintiffs* | ppc@bedellfirm.com<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, FL  32202<br>Telephone:  (904) 353-0211<br>Facsimile:  (904) 353-9307<br><br>*Attorneys for Third-Party Defendants*<br>*Jacob F. Bryan, IV and*<br>*Wilford C. Lyon, Jr.* |

2