UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                             MDL DOCKET NO. 1698
                                                   ALL CASES
AMERICAN GENERAL LIFE &
ACCIDENT INSURANCE CO. RETIREE
BENEFITS "ERISA" LITIGATION
_____/

## ORDER

Pursuant to the Stipulation of Dismissal (Dkt. 280), it is

**ORDERED** that all claims, counterclaims, and third-party claims by and between the parties, including the claims of the Plaintiffs identified in the Attachment to the Stipulation, are **DISMISSED with prejudice.** The Clerk is directed to close the MDL case as well as all member cases.

**DONE AND ORDERED** this 26th day of March, 2009.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record